UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EDWIN ZAYAS,

                Plaintiff,                1:17-CV-06459

    v.

191 SEVENTH AVENUE CORPORATION and
BKUK 9 CORP.,

                Defendants.
----------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Adam B. Sherman of Catafago Fini LLP hereby appears in this action on behalf of Defendant BKUK 9 Corp.

Undersigned counsel, Adam B. Sherman, hereby certifies that he is admitted to practice in this Court.

Dated: New York, New York
       December 7, 2017

                                            CATAFAGO FINI LLP
                                            /s/ Adam B. Sherman
                                            Attorney for the Above Defendant
                                            The Empire State Building
                                            350 Fifth Avenue, Suite 7710
                                            New York, New York 10118