Law Offices of
## JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

March 19, 2018

**BY ECF**

Hon. Robert W. Sweet
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007

      RE: *Zayas v. 191 Seventh Avenue Corporation, et al*
         <u>S.D.N.Y.   17cv6459 (RWS)(GWG)</u>

Dear Judge Sweet:

  This Office represents the plaintiff in the above referenced action. We submit this joint application seeking an adjournment of the pretrial conference scheduled for March 20, 2018. This is parties' first request for an adjournment of this conference and the request does not affect any other deadlines in this matter

  Parties are glad to report we have settled this case in principle. A written settlement agreement has been exchanged and we are distributing the agreement for execution. Parties anticipate filing a Stipulation of Discontinuance by March 31, 2018.

  If parties are unable to file the Submission of Discontinuance by March 31, 2018, we propose submitting a status letter to the court by April 1, 2018

  Thank you very much for your consideration of this request.

            Respectfully,

            /s/ James E. Bahamonde

            James E. Bahamonde, Esq.

cc:  (via ECF)
Stanley Goos, Esq.
*Attorneys for 191 Seventh Avenue Corporation*
Harris Beach PLLC

**Law Offices of**
**James E. Bahamonde, P.C.**

March 19, 2018
Page   - 2 -

Adam Sherman, Esq.
*Attorneys for BKUK 9 Corp.*