UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EDWIN ZAYAS, individually and on behalf
of all other similarly situated,

                             Plaintiff

-against-

191 SEVENTH AVENUE CORPORATION and
BKUK 9 CORP,

                            Defendants
-----------------------------------------------------------------x

17-cv-6459(RWS)

**STIPULATION DISCONTINUING ACTION WITH PREJUDICE**

RECEIVED AUG 2 1 2018 JUDGE SWEET CHAMBERS

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person fro whom a committee has been appointed or conservatee and no person, no party, has an interest in the subject matter of the action, the above entitled action be and same hereby is discontinued with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: August 1, 2018
New York, New York

JAMES E. BAHAMONDE, P.C.

By: _/s/ James E. Bahamonde_

    James E. Bahamonde
    2501 Jody Court
    North Bellmore, NY 11710
    Tel: (516) 783-9662
    Attorney for Plaintiff

HARRIS BEACH PLLC

By: _Stanley Goos_
    Stanley Goos
    100 Wall Street
    New York, NY 10005
    212-313-3452
    Attorneys for Defendant 191 Seventh Avenue Corporation

CATAFAGO FINI LLP

By: _Adam Sherman_

Adam Sherman
The Empire State Building
350 Fifth Avenue, Suite 7710
Tel: (212) 239-669
Attorneys for BKUK 9 Corp.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/18

So Ordered
Sweet USDJ
9-4-18